NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of N.G., N.G., and R.G., children.

)
)
)
)
A.A.M., )
)
                    Appellant, )
)
v. )          Case No. 2D18-3379
)
DEPARTMENT OF CHILDREN AND )
FAMILIES and GUARDIAN AD LITEM )
PROGRAM, )
)
                    Appellees. )
)

Opinion filed July 17, 2019.

Appeal from the Circuit Court for Hendry County; James D. Sloan, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Meredith K. Hall of Children's Legal Services, Bradenton, for Appellee Department of Children and Families.

Thomasina Moore and Laura J. Lee, Florida Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SLEET, LUCAS, and SALARIO, JJ., Concur.